## MASSOOD & BRONSNICK, LLC

COUNSELLORS AT LAW

50 PACKANACK LAKE ROAD EAST
Wayne, New Jersey 07470-6663
(973) 696-1900
Fax (973) 696-4211

Email: ABRONSNICK@MASSOODLAW.COM

JOSEPH A. MASSOOD
ANDREW R. BRONSNICK °*
_____

°Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

*NJ, NY, DC and MD Bars
^ NJ and NY Bars
+ NJ, NY, DC and WA Bars

KEVIN J. SAVAGE +
BRENDAN H. MORRIS ^
ALLISON T. KURTZ
DANIELLE L. VERGA ^
KIMBERLY A. KOPP

PARALEGALS
ELIZABETH BABITSCH
DARA K. SIERRA

January 18, 2013

**<u>Via ECF</u>**
Honorable Joseph A. Dickson, U.S.M.J.
Federal Building & Courthouse
50 Walnut Street, 4th Floor
Federal Square, Newark, NJ 07102

    Re:    Montvale Surgical Center a/s/o R.R. v. Horizon Blue Cross Blue Shield of New Jersey
            Civil Action No.: 2:12-CV-02908

Dear Judge Dickson:

    The parties have agreed by consent to the filing of an Amended Complaint. We submit for Your Honor's approval a Proposed Consent Order permitting leave to file an Amended Complaint. In addition to the Consent Order, we have also submitted a Proposed Amended Complaint as Exhibit A.

    Should you have any questions, please do not hesitate to contact our office. We thank Your Honor for your time and consideration.

                                               Respectfully,

                                              *s/Andrew Bronsnick*
                                              _____
                                              ANDREW R. BRONSNICK, ESQ.